ENTERED DEC - 3 2004
CLERK, U.S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY ___ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK, U.S. DISTRICT COURT
DEC - 1 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

___ Priority
✓ Send
___ Clsd
✓ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

X Docketed
X Copies / NTC Sent
X JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RONALD L. BREKKE,<br><br>    Plaintiff,<br><br>v.<br><br>JONI RAE ROGERS,<br>JERNI INTERNATIONAL, INC.,<br>SENEGENCE INTERNATIONAL,<br>SGII, INC., and<br>JERRY WHITLOCK<br><br>    Defendants. | SA CV 01-1118 AHS (MLGx)<br><br>Consolidated with<br>SA CV 02-363 AHS (MLGx)<br><br><br><br>JUDGMENT |

    The Court, having considered defendants' Joni Rae Rogers, Jerni International, Inc., Senegence International, SGII, Inc., and Jerry Whitlock's motion for partial summary judgment and defendant Whitlock's motion for summary judgment in the above entitled matter, and the Honorable Alicemarie H. Stotler, District Judge, having duly rendered a decision,

//
//
//
//

IT IS ORDERED AND ADJUDGED that:

the plaintiff take nothing against defendants in this action, that judgment be entered in favor of defendants, and that defendants recover their costs of suit.

Dated: December __1__, 2004.

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

S:\AHS\2mg\Judgments\Brekke v. Whitlock et al. MSJ Judgment.wpd